IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARK TERECH, individually and on behalf of the classes defined herein, | )<br>)<br>) |
| Plaintiff, | )<br>) Case No.: 11-CV-4076 |
| v. | )<br>) Judge Harry D. Leinenweber |
| FIRST RESOLUTION MANAGEMENT CORPORATION, FIRST RESOLUTION INVESTMENT CORPORATION, and LAW OFFICE OF KEITH S. SHINDLER, LTD., | )<br>) Magistrate Judge Geraldine Brown<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## MOTION FOR SUBSTITUTION OF COUNSEL

NOW COMES David M. Schultz and Jennifer W. Weller of the law firm of HINSHAW & CULBERTSON LLP, and respectfully request that this Honorable Court enter an Order allowing them to substitute as counsel of record for FIRST RESOLUTION MANAGEMENT CORPORATION and FIRST RESOLUTION INVESTMENT CORPORATION, in place of David Luther Hartsell and Brian Patrick O'Meara of MCGUIRE WOODS LLP. Defense counsel of HINSHAW & CULBERTSON LLP have filed their appearances on behalf of FIRST RESOLUTION MANAGEMENT CORPORATION and FIRST RESOLUTION INVESTMENT CORPORATION

Respectfully submitted,                                      Respectfully submitted,

/s/ Brian P. O'Meara                                         /s/ Jennifer W. Weller
McGuire Woods LLP                                            Hinshaw & Culbertson LLP
77 W. Wacker Dr.                                             222 N. LaSalle St.
Suite 4400                                                   Suite 300
Chicago, IL 60601                                            Chicago, IL 60601
(312)849-8100                                                (312) 704-3000
bomeara@mcguirewoods.com                                     jweller@hinshawlaw.com