IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARK TERECH, individually and on behalf of the classes defined herein, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Court No.: 1:11-cv-04076 ) |
| FIRST RESOLUTION MANAGEMENT CORPORATION, FIRST RESOLUTION INVESTMENT CORPORATION, and LAW OFFICE OF KEITH S. SHINDLER, LTD., | ) Judge Harry D. Leinenweber ) ) Magistrate Judge Geraldine Soat Brown ) ) ) |
| Defendant | ) |

**DEFENDANT LAW OFFICE OF KEITH S. SHINDLER'S UNOPPOSED
JOINDER IN MOTION FOR AN ENLARGEMENT OF TIME TO ANSWER OR
OTHERWISE PLEAD**

Defendant, the Law Office of Keith S. Shindler, by its attorneys, Martin A. Kanofsky and Rachel H. Krayer of the law firm Merlo Kanofsky & Gregg Ltd., hereby joins in the *Unopposed Motion For 21-Day Enlargement Of Time To Answer Or Otherwise Plead* (Docket #29), filed by Defendants First Resolution Management Corporation and First Resolution Investment Corporation.

1. Defendant, the Law Office of Keith S. Shindler's responsive pleading are due on August 15, 2011.

2. The Law Office of Keith S. Shindler respectfully requests that the Court grant it an enlargement of time until August 23, 2011 to answer or otherwise plead to the Complaint.

3. Counsel for the Law Office of Keith S. Shindler contacted Plaintiff's counsel and Plaintiff's counsel does not oppose this motion.

5. This motion is brought in good faith and an extension will not unreasonably delay the litigation.

WHEREFORE, Defendant, the LAW OFFICE OF KEITH S. SHINDLER respectfully prays that this Court grant it an enlargement of time until August 23, 2011 to respond to the Complaint, and enter whatever further relief this Court deems just and appropriate.

Dated: August 8, 2011

                                               Respectfully submitted,

                                               MERLO KANOFSKY & GREGG Ltd.

                                               __s/ Rachel H. Krayer_____
                                               Attorneys for LAW OFFICE OF KEITH S. SHINDLER, LTD.

Martin A. Kanofsky
Rachel H. Krayer
Merlo Kanofsky & Gregg Ltd.
208 South LaSalle Street
Suite 1750
Chicago, Illinois 60604
(312) 553-5500

## CERTIFICATE OF SERVICE

       I certify that on this 8th day of August 2011, a true and correct copy of the above and foregoing DEFENDANT LAW OFFICE OF KEITH S. SHINDLER'S UNOPPOSED JOINDER IN MOTION FOR AN ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD, was served on the following parties through the Clerk of the Court using the CM/ECF system:

**Attorneys for Plaintiffs:**
Daniel A. Edelman
Cathleen M. Combs
Francis R. Greene
James O. Latturner
Edelman, Combs, Latturner & Goodwin, LLC
120 South LaSalle Street
18th Floor
Chicago, IL 60603
(312) 739-4200
courtecl@edcombs.com
ccombs@edcombs.com
fgreene@edcombs.com
jlatturner@edcombs.com

**Attorneys for First Resolution Management Corporation and First Resolution Investment Corporation:**
David L. Hartsell
Brian P. O'Meara
McGuire Woods LLP
77 West Wacker Drive, Suite 4100
Chicago, Illinois 60601
312.849-8100
dhartsell@mcguirewood.com
bomeara@mcguirewoods.com

David M. Schultz
Jennifer W. Weller
Hinshaw & Culbertson LLP
222 N. LaSalle, Suite 300
Chicago, IL 60601
312-704-3000
dschultz@hinshawlaw.com
jweller@hinshawlaw.com

MERLO KANOFSKY & GREGG Ltd.

    s/ Rachel H. Krayer
Attorneys for LAW OFFICE OF KEITH S. SHINDLER, LTD.