# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Mark Terech

                                    Plaintiff,

v.                                                  Case No.: 1:11–cv–04076

                                                    Honorable Harry D.
                                                    Leinenweber

First Resolution Management Corporation, et
al.

                                    Defendant.

---

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 21, 2013:

      MINUTE entry before Honorable Harry D. Leinenweber:Defendants' Motion to compel arbitration and stay proceedings [100] is granted. Status hearing set for 5/22/2013 at 09:00 AM.Mailed notice(wp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.